**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RODION VLADIMIROVICH NAZAROV,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | **No. 3:26-CV-02376-LS** |
| **v.** | § | |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| ***Respondent*.** | § | |

**MEMORANDUM OPINION AND ORDER DISMISSING CASE**

Petitioner, a Russian citizen, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1]

An immigration judge ordered Petitioner removed on November 6, 2006, but barred his removal to Russia.[2] Petitioner alleges that the Border Patrol arrested him on August 27, 2026,[3] and Respondent alleges it took custody of him on September 9, 2026, less than one month ago.[4]

"[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[5] The Supreme Court holds, however, that detention for up to six months to effect the deportation is presumptively reasonable.[6] "After this six-month period, once the alien provides good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to

[1] ECF No. 1.
[2] ECF No. 5-1 at 1.
[3] ECF No. 1 at 2.
[4] ECF No. 5-1 at 1.
[5] 8 U.S.C. § 1231(a)(1)(A).
[6] *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

rebut that showing."[7] Petitioner, in custody for less than one month, is still within the six-month presumptively reasonable period. Moreover, Respondent asserts that it has already begun the process of seeking to remove Petitioner to a third country,[8] so Petitioner cannot show that there is no significant likelihood of removal in the reasonably foreseeable future.

For the foregoing reasons, Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 2, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[7] *Id.*
[8] ECF No. 5-1 at 1.